NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| STACEY LATRELL WIGGINS, DOC #109829, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D17-1794 |
| STATE OF FLORIDA, | ) ) ) | |
| Appellee. | ) ) | |
| _____ | ) | |

Opinion filed February 6, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant
Public Defender, Bartow, for Appellant.

Stacey Latrell Wiggins, pro se.

Ashley Brooke Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.